In the Matter of the Application of HAZEL MARCUS, Appellant.
R. H. MACY & Co., INC., Respondent.

Argued October 11, 1951; decided December 6, 1951.

*Abraham Marcus, William Rosenfeld* and *Jack B. Weinstein* for appellant.

*Leon Lauterstein, Lincoln W. Lauterstein* and *Jacob L. Isaacs* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.